FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 18, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WASHINGTON STATE NURSES ASSOCIATION, a Washington labor organization,<br><br>    Plaintiff,<br><br>    v.<br><br>YAKIMA HMA LLC, d/b/a YAKIMA REGIONAL MEDICAL AND CARDIAC CENTER, a Washington corporation, REGIONAL HEALTH, d/b/a ASTRIA REGIONAL MEDICAL CENTER, a Washington Not For Profit Corporation<br><br>    Defendants. | NO. 1:18-cv-03117-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is Plaintiff's Voluntary Dismissal with Prejudice, ECF No. 5. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Court finds good cause to accept the stipulation and enter it into the record.

//

//

//

//

**ORDER OF DISMISSAL ^ 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff's Voluntary Dismissal with Prejudice, ECF No. 5, is **ACCEPTED and ENTERED into the record**.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, to provide copies to counsel, and **close** this file.

**DATED** this 18th day of September 2018.



Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL ^ 2**